# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

CENTRE 11 LLC,

       Plaintiff,

   v.

STEVEN GOLDSTEIN,

       Defendant.

Case No.  23-cv-03981-BLF

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant Steven Goldstein ("Goldstein") removed this unlawful detainer action to federal district court on August 8, 2023, asserting the existence of federal question jurisdiction under 28 U.S.C. § 1331.  *See* Not. of Removal, ECF 1.  Federal question jurisdiction exists for "all civil actions arising under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331.  "The presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint."  *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987).  Here, the complaint raises a single claim of unlawful detainer under California state law and therefore does not present a federal question on its face.  *See* Not. of Removal Ex. A.

Accordingly, Goldstein is hereby ORDERED TO SHOW CAUSE in writing, by August 29, 2023, why this unlawful detainer action should not be remanded to the Santa Clara County Superior Court for lack of federal subject matter jurisdiction.

Dated:  August 15, 2023

_____
BETH LABSON FREEMAN
United States District Judge